E-filing

1 Ross Shade
2 26 Gibson Rd
3 Woodland, CA 95695
4 Tel. 530-666-4817
5
6 Mary C. Shade
7 26 Gibson Rd
8 Woodland, CA 95695
9 Tel. 530-666-4817
10

FILED
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

11   IN THE UNITED STATES DISTRICT COURT FOR
12   THE NORTHERN DISTRICT OF CALIFORNIA
13
14 ROSS S. SHADE and                          )
15 MARY C. SHADE                              )
16      Plaintiffs                            )
17 vs.                                        )   CASE NO. C08-03950 WHA
18                                            )
19 JUDICIAL COUNCIL OF THE STATE )   **DECLINATION TO PROCEED BEFORE**
20      OF CALIFORNIA,                        )   **A MAGISTRATE JUDGE**
21                                            )   **AND**
22 RONALD M. GEORGE, in official              )   **REQUEST FOR REASSIGNMENT TO A**
23      capacity as Chairman of JUDICIAL      )   **UNITED STATES DISTRICT JUDGE**
24      COUNCIL,                              )
25                                            )
26 WILLIAM C. VICKERY in capacity as          )
27      Administrative Director of Courts     )
28                                            )
29 Does 1 - 100                               )
30      Defendants _____     )
31
32 REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
33
34      The undersigned parties hereby decline to consent to the assignment of this case to
35 a United States Magistrate Judge for Trial and disposition and hereby requests the
36 reassignment of this case to a United States District Judge.
37
38 August _18_ 2008    _Ross Shade_         _Mary C. Shade_
39                    Ross Shade, Plaintiff & *pro se*    Mary C. Shade, Plaintiff & *pro se*