United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    ROSS S. SHADE and MARY S. SHADE,                No. C 08-03950 WHA

11              Plaintiffs,

12        v.                                           **ORDER OF REFERRAL**

13    JUDICIAL COUNSEL OF THE STATE OF
      CALIFORNIA, RONALD M. GEORGE, and
14    WILLIAM C. VICKERY,

15              Defendants.
                                              /
16

17        Upon review, this action appears to concern the same parties, transactions and events as

18    *Shade v. Judicial Counsel of the State of California et al.*, Case No. C 08-2563 CW.  Pursuant

19    to Civil Local Rule 3-12(c), the Court refers this matter to the Honorable Claudia Wilken for the

20    purpose of determining whether it is related to the aforementioned case as defined in Civil

21    Local Rule 3-12(a).

22

23        **IT IS SO ORDERED.**

24

25    Dated: August 27, 2008.

26                                           WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
27

28